UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
G.H.H.,

                        Petitioner,

         - against –

KENNETH GENALO, in his official capacity
as Field Office Director of New York,
Immigration and Customs Enforcement; et al.,

                      Respondents.
--------------------------------------------------------------- X

JUDGMENT
26-CV-1500 (PKC)

A Memorandum and Order of Honorable Pamela K. Chen, United States District Judge,

having been filed on March 20, 2026, granting the emergency petition for a writ of habeas

corpus; it is

ORDERED and ADJUDGED that the emergency petition for a writ of habeas corpus is

granted; and Petitioner must not be re-detained by Respondents without notice and an

opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker, at

which Respondents will have the burden of showing that Petitioner's re-detention is authorized

under Section 1226(a).

Dated: Brooklyn, New York
       March 23, 2026

Approved by:   s/Hon. Pamela K. Chen
                    PAMELA K. CHEN
                    United States District Judge

Dated: Brooklyn, New York
       March 23, 2026

Approved by:   */s/Brenna B. Mahoney*
                    BRENNA B. MAHONEY
                    Clerk of Court